IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VINCENT F. RIVERA, ) | |
| ) | 8:06cv662 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| NEBRASKA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 6, the post-judgment Motion for Leave to Amend Complaint filed by the plaintiff, Vincent F. Rivera, a prisoner in Florida, whose complaint for $7 trillion and other relief from the Governor of Nebraska, and other elected officials from Nebraska was dismissed as frivolous and because the plaintiff does not qualify to proceed IFP by virtue of the "three strikes" rule of 28 U.S.C. § 1915(g). As noted in filing no. 4, the plaintiff has a long history of vexatious litigation including numerous post-judgment motions in dismissed cases.

THEREFORE, IT IS ORDERED:

1. That filing no. 6 is denied; and

2. That, **other than** a Notice of Appeal, all future documents sent to this court by the plaintiff, relating in any way to the above-entitled case, shall be returned to the plaintiff unfiled.

November 7, 2006.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge