IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VINCENT F. RIVERA, | ) | 8:06CV662 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the court's Memorandum and Order (filing 7) entered on November 6, 2006, which directed the clerk of the court not to file any documents in this case other than a notice of appeal,

IT IS ORDERED that Plaintiff's Rule 60(b) motion (filing 8) is stricken from the court file.

May 30, 2007.                                BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge